UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bourgeois, et al,
    Plaintiff(s),

V.

CIVIL ACTION

NO. <u>20-40051-TSH</u>

Blue Cross Blue Shield of Massachusetts, et al,
    Defendant(s),

## SETTLEMENT ORDER OF DISMISSAL

<u>Hillman, D. J.</u>

The Court having been advised on <u>  May 19 , 2021  </u> that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty-five (45) days if settlement is not consummated.

                          By the Court,

<u> May 19, 2021 </u>                  <u>/s/ Martin Castles   </u>
     Date                                    Deputy Clerk