# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CENTRAL DISTRICT

|  |  |
|---|---|
| ROY A. BOURGEOIS and BOURGEOISWHITE, LLP, <br><br> Plaintiffs <br><br> v. <br><br> BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, BOSTON HILL ADVISORS, LLC, and JOSEPH HAYES <br><br> Defendants | Civil Action No.: 4:20-cv-40051 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Roy A. Bourgeois and BourgeoisWhite, LLP and Defendants Blue Cross Blue Shield of Massachusetts, Boston Hill Advisors, LLC and Joseph Hayes hereby stipulate to the dismissal with prejudice of all claims or counterclaims which were asserted or could have been asserted in the above-captioned action, with all rights of appeal waived, and with each party responsible for their own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| Plaintiffs Roy A. Bourgeois and BourgeoisWhite, LLP, By their attorneys, | Defendant Blue Cross Blue Shield of Massachusetts By its attorney, |
| /s/ Robert S. White<br>Robert S. White, BBO#552229<br>James S. Duffy, BBO #693933<br>BourgeoisWhite, LLP<br>One West Boylston Street, Suite 307<br>Worcester, MA 01605<br>Telephone: (508) 753-7038<br>Fax: (508) 756-1613<br>rsw@bw.legal<br>jduffy@bw.legal | /s/ Jonathan M. Herman<br>Jonathan M. Herman (Admitted *Pro Hac Vice*, Doc. 12, May 20, 2020)<br>Herman Law Firm<br>1601 Elm Street, Suite 2002<br>Dallas, TX 75201, ex. 101<br>Telephone (214) 624-9805<br>Fax: (469) 383-3469<br>jherman@herman-lawfirm.com |
| Defendant Boston Hill Advisors, LLC By its attorney, | Defendant Joseph Hayes By his attorney, |
| /s/ Christopher A. Kenney<br>Christopher A. Kenney, BBO#556511<br>Kenney & Sams, P.C.<br>Reservoir Nine<br>144 Turnpike Road<br>Southborough, MA 01772<br>Telephone (508) 490-8500<br>Fax: (508) 490-8501<br>cakenney@kandslegal.com | /s/ David A. Grossbaum<br>David A. Grossbaum, BBO# 546020<br>Hinshaw & Clubertson LLP<br>53 State Street, 27th Floor<br>Boston, MA 02109<br>Telephone (617) 213-7000<br>Fax: (617) 904-1881<br>dgrossbaum@hinshawlaw.com |

Dated: June 21, 2021

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and accurate copy of the foregoing has been served upon all parties by way of this Court's Electronic Notification System this 21st day of June, 2021.

                                                    /s/ Robert S. White
                                                    Robert S. White, BBO#552229